IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JUDY BAUER, STACY GRAY and RICHARD UBERUAGA,<br><br>        Plaintiffs,<br><br>v.<br><br>PROSPECT MORTGAGE, LLC,<br><br>        Defendant. | Case No. 1:13-CV-00190 EJL<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENTS AND DISMISSAL OF LAWSUIT WITH PREJUDICE**<br><br>Judge:      Hon. Edward J. Lodge |

PURSUANT TO THE PARTIES' JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENTS AND DISMISSAL OF LAWSUIT, having reviewed the pleadings and papers on file in this action, and having considered the Parties' arguments, the Court makes the following findings, and good cause appearing, makes the following order:

1. The Parties' Joint Motion For Approval Of Settlement Agreements and Dismissal of Lawsuit is **GRANTED**;

2. The settlements reached by the Parties represent fair and equitable resolutions of this action, reasonably resolve *bona fide* disagreements between the Parties regarding the merits of the claims asserted by Plaintiffs, and demonstrate a good-faith intention by the Parties that the claims of Plaintiffs be fully and finally resolved, and not re-litigated in whole or in part at any point in the future;

3. The settlements reached by the Parties are approved by this Court;

4. Pursuant to the terms of the Parties' confidential settlement agreements, the above-captioned action, including Plaintiffs' Fair Labor Standards Act claims, and all claims for relief set forth therein, shall be dismissed with prejudice;

2

5. Each side shall bear their own attorneys' fees and costs, except as may otherwise be provided in the confidential settlement agreements.

**IT IS SO ORDERED.**

DATED: October 31, 2014

_____
Edward J. Lodge
United States District Judge

2

18202893v.1